FELONY

United States Courts
Southern District of Texas

# UNITED STATES DISTRICT COURT

**SOUTHERN DISTRICT OF TEXAS**
BROWNSVILLE DIVISION

FILED
*October 13, 2021*

Nathan Ochsner, Clerk of Court

**UNITED STATES OF AMERICA**

**VS**

**CRIMINAL COMPLAINT**

**Medina-Pena, Ariana**
**A 216 767 838**

CASE NUMBER: **B:21- 969   MJ**

I, the undersigned being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>October 12, 2021</u> in <u>Cameron</u> County, in the <u>SOUTHERN</u> District of <u>TEXAS,</u> defendant, an alien, did

knowingly, willfully, and in violation of law attempt to make an illegal entry into the United States by falsely claiming to be a citizen of the United States and presenting documents belonging to someone else,

in violation of Title ___18___ United States Code, Section(s) _____911_____ .

I further state that I am a (n) <u>U.S. Customs and Border Protection Officer</u> and that this complaint is based on the following facts:

The defendant attempted to make an illegal entry into the United States through the pedestrian lanes at the Gateway International Bridge in Brownsville, Texas by falsely claiming to be a citizen of the United States by presenting a State of Texas issued birth certificate, a State of Texas issued Driver License card and a U.S. Social Security card bearing the name of Viridiana Davila to a Customs and Border Protection Officer. After further inspection, Customs and Border Protection Officers determined that the documents presented by the defendant do not belong to her and that the defendant is a citizen and national of Mexico with no legal status to come to, enter, or to be in the United States.

**Continued on the attached sheet and made a part hereof:** ___:Yes   **X** :No

Signature of Complainant
**Miguel Salas.**

**Submitted by reliable electronic means, sworn to, and signature attested to telephonically pursuant to Fed.R.Crim.4.1,**

<u>October  13, 2021</u>
Date

at

**BROWNSVILLE, Texas**
City and State

**Ronald G. Morgan   U.S.MAGISTRATE JUDGE**
Name & Title of Judicial Officer

Signature of Judicial Officer